BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant, *v.* CITY OF NEW YORK, Respondent.

(Argued January 8, 1931; decided February 10, 1931.)

*D. A. Marsh* and *George D. Yeomans* for appellant.

*Arthur J. W. Hilly, Corporation Counsel (Judson Hyatt* and *M. Maldwin Fertig* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, O'BRIEN and HUBBS, JJ. Not sitting: KELLOGG, J.